```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04376
   DOMINIC M SERAUSKAS
   KENDRA E SERAUSKAS                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-9759     SSN XXX-XX-3469
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/26/08 and confirmed on 06/24/08.

   2.  The case was converted to Chapter 7 after confirmation, 09/09/2008.

   3.  The Debtor paid a total of $   6444.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FLAGSTAR BANK FSB | CURRENT MORTG | .00 | .00 | .00 |
| FLAGSTAR BANK FSB | MORTGAGE ARRE | 8057.62 | .00 | 2580.41 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | 800.00 | .00 | 256.20 |
| BMW FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 5000.00 | 242.68 | 875.39 |
| DELL FINANCIAL SERVICES | SECURED | 450.00 | .00 | 105.51 |
| MATCO TOOLS | SECURED | 10.06 | .00 | 10.06 |
| SNAP ON CREDIT | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL EDUCATION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| NSA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| SALLIE MAE GUARANTEE SER | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO EDUCATION FI | UNSECURED | NOT FILED | .00 | .00 |
| APEX ALARM | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 1435.27 | .00 | .00 |

                Summary of disbursements:
---

```
                    SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  14317.68         .00      1435.27          .00      15752.95
PRINCIPAL PAID       3827.57         .00          .00          .00       3827.57
INTEREST PAID         242.68         .00          .00          .00        242.68
TOTAL PAID           4070.25         .00          .00          .00       4070.25
```
The Debtor's attorney, SELECT LEGAL PC                , was allowed $   3500.00
and was paid $    1500.00   direct and $   2000.00   through the plan.

The Trustee received $     373.75 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/12/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE